UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ROSETTA WATSON,

        Plaintiff,

  -against-                    04 Civ. 5909 (VM)(HBP)

JOHN W. SNOW, Department of    OPINION AND
the Treasury, and HENRY M.     ORDER
PAULSON, JR.,

        Defendants.

------------------------------------X



    PITMAN, United States Magistrate Judge:

    On January 3, 2008 plaintiff filed a motion (Docket Item 29) which plaintiff describes as a

> Motion for Reconsideration to Compel Judge Victor Marrero and Magistrate Judge Henry B. Pitman to Recuse Themselves from my Case 04 Civ. 5909. Motion for Reconsideration in All Matters Listed in Magistrate Judge Pitman's Opinion and Order Letter Dated December 5, 2007. Motion for Reconsideration to Grant Me Additional Time to Submit My Fourth Amended Complaint Due to Receiving a Response from Magistrate Judge Pitman's December 05, 2007 Opinion and Order Untimely.

    The motion is difficult to understand. Plaintiff had previously sought permission to file a Fourth Amended Complaint and my December 5, 2007 Order gave her permission to do so. Since the Order granted plaintiff the relief she sought, an application for reconsideration by plaintiff is irrational.

    To the extent plaintiff is seeking reconsideration of the denial of her recusal motion, she merely restates the factu-

ally inaccurate assertions she previously made. Apparently, plaintiff has been told that either Judge Marrero or myself "tossed" part of her case and it is on that basis that she seeks recusal. As I noted in December, this contention is simply wrong.

Despite the age of this case, I have been endeavoring for a substantial period of time to have plaintiff file an amended complaint, that asserts all of her claims in a unified document. As I have explained to plaintiff in the past, her amended complaint should contain <u>all</u> factual allegations and claims she wishes to assert; it is not appropriate to file an amended pleading which merely supplements or incorporates by reference prior pleadings. The Fourth Amended Complaint should state each of plaintiff's claims separately, identify the specific defendant or defendants that each claim is directed against and, to the extent plaintiff is able to do so, the allegations set forth in each paragraph of the complaint should be limited to a single fact or a limited number of closely related facts. **Plaintiff is granted until March 15, 2008 to serve and file her Fourth Amended Complaint.** Defendants shall have sixty (60) days to answer or move with respect to the Fourth Amended Complaint.

Accordingly Docket Item 29 is granted to the extent that plaintiff seeks an extension of time to file a Fourth Amended Complaint and denied in all other respects. Plaintiff is

2

reminded that she must file her papers through the Office of the Pro Se Clerk. <u>Papers that are submitted to my chambers but not submitted to the Pro Se Clerk will not be filed</u>.

Dated: New York, New York
February 8, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Ms. Rosetta Watson
358 Fourth Street
Brooklyn, New York 11215

Wendy H. Waszmer, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007